AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FILED
MAR 1 7 2017
MATTHEW J. DYKMAN
CLERK

United States of America
v.

Precious Jazmine RENTERIA
and
Helen RENTERIA

Defendant(s)

Case No. 17 mj 684

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  3/17/2017  in the county of  Bernalillo  in the
Federal  District of  New Mexico , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 846 (a)(1), (b)(1)(A) | Conspiracy to possess over 500 grams of a mixture or substance containing a detectable amount of methamphetamine with intent to distribute |

This criminal complaint is based on these facts:

**** SEE ATTACHED AFFIDAVIT ****

☐ Continued on the attached sheet.

_____
Complainant's signature

Jarrell W. Perry, Special Agent
Printed name and title

Electronically submitted and telephonically sworn before me.

Date:  ~~3/18/2017~~ 03-17-2017 JwP

City and state:  Albuquerque, New Mexico

_____
Karen B. Molzen
Printed name and title

United States Chief Magistrate Judge

AFFIDAVIT

On March 17, 2017, Drug Enforcement Administration (DEA) Special Agent (S/A) Jarrell W. Perry reviewed a Greyhound Bus Passenger List, which revealed two different passengers names, Jennifer MEDRANO and Evette CASTILLO, reflecting travel from Los Angeles, California to Minneapolis, Minnesota, which were reissued. S/A Perry observed that the reservation number for MEDRANO and CASTILLO was the same, 28909423, which meant that MEDRANO and CASTILLO were traveling on the same reservation together.

On March 17, 2017, S/A Perry and DEA Task Force Officer (TFO) Seth Chavez were at the Greyhound Bus Station, 320 First Street, Albuquerque, New Mexico to meet the eastbound Greyhound Bus which makes a regularly scheduled stop in Albuquerque, New Mexico.

S/A Perry observed two females, later identified as Precious Jazmine RENTERIA and Helen RENTERIA, deboard the bus prior to the bus being serviced for its normal layover in Albuquerque, New Mexico. S/A Perry observed that Precious RENTERIA carried a light green colored, hard-sided suitcase off of the bus and rolled it into the Greyhound Bus Station. S/A Perry observed that Helen RENTERIA carried a black colored duffel bag off of the bus and carried it into the Greyhound Bus Station. S/A Perry later observed the light green colored suitcase sitting in front of Helen RENTERIA inside of the Greyhound Bus Station and the black duffel bag sitting on top of the light green suitcase.

Prior to the passengers reboarding the bus for cities that are east of Albuquerque, New Mexico, S/A Perry boarded the bus. S/A Perry observed Precious RENTERIA board the bus with the light green colored, hard-sided suitcase, roll it down the aisle way and sit it beside her on the bus. S/A Perry observed that Precious RENTERIA was the first passenger who reboarded the bus and that Helen RENTERIA was the second passenger reboarding the bus. S/A Perry approached Precious RENTERIA and Helen RENTERIA, displayed his DEA badge to them, asked for and received permission to speak with them. S/A Perry asked for and received permission from Helen RENTERIA and Precious RENTERIA to see their bus tickets. Helen RENTERIA handed S/A Perry a bus ticket in the name of Evette CASTILLO and Precious RENTERIA handed S/A Perry a bus ticket in the name of Jennifer MEDRANO. S/A Perry reviewed the bus tickets and immediately returned them to Helen RENTERIA and Precious RENTERIA. S/A Perry asked for permission to see Helen RENTERIA's identification and Helen RENTERIA said that she did not have one. S/A Perry asked for and received permission from Precious RENTERIA to see her identification and Precious RENTERIA handed S/A Perry a California identification card in the name of Precious Jazmine RENTERIA, which meant that RENTERIA was traveling under a false name on her Greyhound Bus ticket.

S/A Perry asked Helen RENTERIA and Precious RENTERIA if they had any luggage with them. Helen RENTERIA identified a black duffel bag lying in the aisle seat directly beside her and Precious RENTERIA identified a brown colored purse as belonging to her. S/A Perry asked for and received permission from Helen RENTERIA and Precious RENTERIA to search their black duffel bag and purse for contraband. As S/A Perry was

searching Helen RENTERIA's black duffel bag, S/A Perry observed Helen RENTERIA motion to Precious RENTERIA with her hand and observed Precious RENTERIA move the light green suitcase to the empty aisle seat directly behind her.

S/A Perry searched Helen RENTERIA's black duffel bag and Precious RENTERIA's purse with negative results for contraband. S/A Perry observed an unidentified male sit down in the empty aisle seat directly behind Precious RENTERIA and place the light green suitcase into the aisle way. S/A Perry observed Precious RENTERIA move the light green suitcase in front of the empty aisle seat directly beside her.

S/A Perry asked Precious RENTERIA and Helen RENTERIA if the light green suitcase belonged to them. Both Precious RENTERIA and Helen RENTERIA said no. S/A Perry asked Precious RENTERIA and Helen RENTERIA about ownership of the light green suitcase. Both Precious RENTERIA and Helen RENTERIA disclaimed all interest and ownership in the light green suitcase. S/A Perry determined from his experience that both Precious RENTERIA and Helen RENTERIA abandoned the light green suitcase.

S/A Perry carried the light green suitcase off of the bus and opened it. S/A Perry located several black electrical taped bundles concealed inside of various clothing.
S/A Perry knew from his training and experience that the bundles and packaging were consistent with illegal narcotics.

S/A Perry and TFO Chavez boarded the bus and handcuffed Helen RENTERIA and Precious RENTERIA. Both were removed from the Greyhound Bus, along with their personal property. At the DEA ADO, a search of Helen RENTERIA's belongings revealed a California identification card in the name of Helen RENTERIA, which meant that Helen RENTERIA was traveling under a false name on her Greyhound Bus ticket.

Precious RENTERIA and Helen RENTERIA were transported to the DEA ADO by S/A Perry and TFO Chavez. At the DEA ADO, S/A Perry and DEA Financial Investigator (FI) Kevin J. Small conducted a thorough search of the light green suitcase, which revealed a total of twenty-two (22) bundles, wrapped in black electrical tape. S/A Perry and FI Small weighed the twenty-two bundles for a total weight of approximately 10.65 gross kilograms (23.856 gross pounds). S/A Perry and FI Small cut into one of the bundles, which revealed a clear crystal like substance that field-tested positive for the presence of methamphetamine.

This affidavit is submitted for the limited purpose of providing probable cause to support the attached criminal complaint.

_____
Jarell W. Perry
Special Agent
Drug Enforcement Administration

_____
United States Magistrate Judge